# Exhibit 107
# (Submitted Under Seal)