# Exhibit 108
# (Submitted Under Seal)