UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* JAMES R. BERKLEY,<br><br>Plaintiff,<br><br>v.<br><br>OCEAN STATE, LLC; NEW HARBOR CAPITAL FUND, LP; NEW HARBOR CAPITAL FUND II, LP; NEW HARBOR CAPITAL MANAGEMENT LP; BLUEPRINT TEST PREPARATION, LLC; and FYZICAL ACQUISITION HOLDINGS, LLC,<br><br>Defendants. | Civil Action No. 20-CV-00538-JJM-PAS |

**NOTICE OF WITHDRAWAL AS COUNSEL FOR THE UNITED STATES**

In accordance with LR Gen. 206(d)(1), please note the withdrawal of the undersigned as counsel for the United States in the above-captioned matter. The United States will continue to be represented in this matter by Assistant U.S. Attorney Rachna Vyas.

Dated: September 4, 2025

Respectfully submitted,

SARA MIRON BLOOM
United States Attorney

*/s/ Kevin Love Hubbard*
KEVIN LOVE HUBBARD
Assistant United States Attorney
One Financial Plaza, 17th Floor
Providence, Rhode Island 02903
(401) 709-5078
(401) 709-5001 (Fax)
Kevin.Hubbard@usdoj.gov

*Attorneys for the United States of America*

## CERTIFICATION OF SERVICE

I hereby certify that, on September 4, 2025, I caused the foregoing document to be filed by means of this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 5(b)(3) and Local Rules Gen 304 and 305.

                                         */s/ Kevin Love Hubbard*
                                         Kevin Love Hubbard
                                         Assistant United States Attorney