# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, *ex rel*. JAMES R. BERKLEY,
    Plaintiff,

v.

C.A. No. 20-538 JJM

OCEAN STATE, LLC; NEW HARBOR CAPITAL FUND, LP; NEW HARBOR CAPITAL FUND II LP; NEW HARBOR CAPITAL MANAGEMENT LP; BLUEPRINT TEST PREPARATION, LLC; and FYZICAL ACQUISITION HOLDINGS, LLC,
    Defendants.

## JUDGMENT

[   ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters for the Defendants Ocean State LLC, New Harbor Capitol Fund, LP, New Harbo Capital Fund II, LP, New Harbor Capital Management LP, Bluprint Test Preparation, LLC, and Fyzical Acquisition Holdings, LLC and against Plaintiff United State of America, *ex rel.* James R. Berkley pursuant to the Memorandum and Order entered on September 26th, 2025 by this Court.

                               Enter:

                               /s/ Ryan H. Jackson
                               Deputy Clerk

Dated: September 26, 2025